NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC CORPORATION** AND
**BOSTON SCIENTIFIC SCIMED, INC.,**
*Plaintiffs-Appellees,*

v.

**CORDIS CORPORATION,**
*Defendant-Appellant.*

---

2012-1316

---

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-0315, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Cordis Corporation ("Cordis") moves for a 30-day extension of time, until November 5, 2012, to file its reply brief.  Boston Scientific Corporation and Boston Scientific oppose.

Upon consideration thereof,

BOSTON SCIENTIFIC CORPORATION v. CORDIS CORPORATION    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Young J. Park, Esq.
     Eugene M. Gelernter, Esq.

s27